UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIYA, INC.,

                    Plaintiff,

- against -

STEVEN MADDEN, LTD, a Delaware
Corporation, J&L, a People's Republic of
China Company, and Does 1-10,

                    Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 15-1272 (DRH)(SIL)

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on February 22, 2018, adopting in its entirety the January 11, 2018 Report and Recommendation of United States Magistrate Judge Steven I. Locke, granting Defendant Steven Madden, Ltd.'s motion to dismiss, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Eliya, Inc., take nothing of Defendants; that Defendant Steven Madden, Ltd.'s motion to dismiss is granted; and that this case is closed.

Dated: Central Islip, New York
          February 28, 2018

                                                      DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                   By:    /s/ James J. Toritto
                                            Deputy Clerk